UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

PHILIP GLOVER,

                Plaintiff,

  -against-                                        9:06-CV-1037
                                                               (LEK/DEP)
GLENN S. GOORD, *et al.*,

                Defendant.

**DECISION AND ORDER**

This matter comes before the Court following a Report-Recommendation filed on July 3, 2007, by the Honorable David E. Peebles, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and L.R. 72.3(c) of the Northern District of New York. Report-Rec. (Dkt. No. 20).

Within ten days, excluding weekends and holidays, after a party has been served with a copy of a Magistrate Judge's Report-Recommendation, the party "may serve and file specific, written objections to the proposed findings and recommendations," FED. R. CIV. P. 72(b), in compliance with L.R. 72.1. No objections have been raised in the allotted time with respect to Judge Peebles' Report-Recommendation. Furthermore, after examining the record, the Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice.

Accordingly, it is hereby

**ORDERED** that the Report-Recommendation (Dkt. No. 20) is **APPROVED** and **ADOPTED** in its **ENTIRETY**; and it is further

**ORDERED** that Defendant Goord's Motion to dismiss (Dkt. No. 16) is **GRANTED**; and it is further

1

**ORDERED** that Plaintiff's Complaint (Dkt. No. 1) be **DISMISSED as against Defendant Goord**, without prejudice to the right to replead; and it is further

**ORDERED** that the Motions of Defendants Canfield and Coniglio to transfer the action to the Western District of New York (Dkt. Nos. 8, 16) are **GRANTED**; and it is further

**ORDERED** that the Clerk serve a copy of this Order on all parties.

**IT IS SO ORDERED**.

DATED:   August 22, 2007
         Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge